**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| USCONNECT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VENDORS EXCHANGE INTERNATIONAL, INC. and VENDORS EXCHANGE INTERNATIONAL, LLC d/b/a VE SOLUTIONS,<br><br>Defendants. | **CASE NO. 1:26-cv-174**<br>**(consolidated)** |
| **and**<br><br>USCONNECT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VENDORS EXCHANGE INTERNATIONAL, INC. and VENDORS EXCHANGE INTERNATIONAL, LLC d/b/a VE SOLUTIONS,<br><br>Defendants. | **CASE NO. 1:25-cv-692**<br>**(consolidated – lead case)** |

## DESIGNATION OF MEDIATOR

Pursuant to Local Rule 83.9d(a), the Parties hereby note that they have agreed to designate Ray Owens to serve as the Mediator in this action.

This the 21st day of October, 2026.


**WOMBLE BOND DICKINSON (US) LLP**

*/s/Philip J. Mohr*
Philip J. Mohr
N.C. State Bar No. 24427
John D. Wooten IV
N.C. State Bar No. 51074
300 North Greene Street, Suite 1900
Greensboro, North Carolina 27401
Telephone: (336) 721-3577
Facsimile: (336) 733-8358
Email: Philip.Mohr@wbd-us.com
Email: JD.Wooten@wbd-us.com

John F. Morrow, Jr.
N.C. State Bar No. 23382
Aaron J. Horner
N.C. State Bar No. 56335
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3584
Facsimile: (336) 733-8429
Email: John.Morrow@wbd-us.com
Email: AJ.Horner@wbd-us.com

*Attorneys for Plaintiff*

**GARDNER SKELTON, PLLC**

*/s/ Kristy M. D'Ambrosio*
Kristy M. D'Ambrosio
N.C. State Bar No. 52817
3746 N. Davidson Street
Charlotte, North Carolina 28205
Telephone: (704) 390-7008
Facsimile: (704) 936-0294
Email: kdambrosio@gardnerskelton.com

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

/s/ *Michael J. Meyer*
Michael J. Meyer (*pro hac vice*)
Alayna K. Bridgett (*pro hac vice*)
David M. Walters (*pro hac vice*)
127 Public Square, #4900
Cleveland, Ohio 44114
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email: mmeyer@beneschlaw.com
Email: abridgett@beneschlaw.com
Email: dwalters@beneschlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DESIGNATION OF MEDIATOR** with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.

This the 21st day of October, 2026.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/Philip J. Mohr*
Philip J. Mohr
N.C. State Bar No. 24427
300 North Greene Street, Suite 1900
Greensboro, North Carolina 27401
Telephone: (336) 721-3577
Facsimile: (336) 733-8358
Email: Philip.Mohr@wbd-us.com

*Attorney for Plaintiff*