**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| USCONNECT, LLC<br><br>v.<br><br>VENDORS EXCHANGE INTERNATIONAL, INC. and VENDORS EXCHANGE INTERNATIONAL, LLC d/b/a/ VE SOLUTIONS | ) | 1:26CV174 (consolidated) |
| **and** | ) | |
| USCONNECT, LLC<br><br>v.<br><br>VENDORS EXCHANGE INTERNATIONAL, INC. and VENDORS EXCHANGE INTERNATIONAL, LLC d/b/a/ VE SOLUTIONS | ) | 1:25CV692 (consolidated – lead case) |

**ORDER**

It appearing that the parties have selected, by agreement, RAYMOND E. OWENS, JR., as mediator in this case, *see* Local Rule 83.9d(a), it is therefore:

ORDERED that RAYMOND E. OWENS, JR. is appointed mediator in the above-entitled action. *See* Local Rule 83.9d(a). The mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties. *See* Local Rule 83.9e(b). When the mediated settlement conference is completed, the mediator shall submit the required report to the Clerk. *See* Local Rule 83.9f.

This the 22nd day of October 2026.

/s/ Melisa Bond for
LAWRENCE H. CUNNINGHAM
Clerk of Court